## HUDSON v. MARSHALL

Cap$^t$ William Hudson plantiff against Robert Marshall Defend$^t$ in an Action of the case vpon accoumpt to the vallue of twenty pounds fowreteene shillings or thereabouts & due Damages according to Attachm$^t$ Dated the 6th of y$^e$ 10 m$^o$ 1671 . . . the Jurie . . . found for the plantiff nine pounds & eight pence with Costs of Court w$^{ch}$ was nineteene shillings & eight pence. [15]

## MARSH v. MACHEE

John Marsh plantiff against John Machee & Sarah his wife Defend$^{ts}$ in an Action of Slander for reporting that the said Marsh would haue bin nought with her the said Sarah & other bad speeches & other Due Damages according to Attachm$^t$ Dated the 22th Day of november 1671 . . . the Jurie . . . found for the plantiff three pounds Damages & costs or that Sarah the wife of John Machee make an acknowledgm$^t$ in open Court to the Satisfacion of said Court & Costs of Court thirty shillings & two pence.